UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **21-1589**

Doe v. Postmaster General
(E.D. Pa. No. 5-19-cv-05885)

**ORDER**

Because Appellant proceeded pseudonymously in the District Court, this appeal has been docketed using Appellant's pseudonym. See Fed. R. App. P. 12(a) (requiring circuit clerk to docket appeal under title of district-court action). If the Appellant wishes to continue under a pseudonym, Appellant must file a motion asking this Court for that relief within fourteen (14) days of this order.

While the Appellant is proceeding under a pseudonym, the parties' filings and CM/ECF docket entries should not use the Appellant's full name. If the parties need to file documents containing the Appellant's full name or other personally identifiable information, they should consider seeking the Court's permission by motion to file those documents under seal.

Additionally, the parties are advised that all individuals must be added to the appeal for recusal purposes. Accordingly, Appellant's counsel is directed to file the Appellant's full name under seal within fourteen (14) days of the date of this order.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: March 29, 2021
Lmr/cc: All Counsel of Record