# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 21-1589

John Doe v. Postmaster General of the Unit

(District Court No. 5-19-cv-05885)

## O R D E R

On April 12, 2021 he Court received **Motion to Proceed Anonymously/Under Pseudonym** by **Appellant**. According to Fed. R. App. P. 27(d), the document does not comply with the following Court requirement(s):

The motion exceeds the page limitations set forth in Fed. R. App. P. 27(d)(E)(2). A motion for leave to exceed the page limitations must be filed.

No action will be taken on the motion while it is non-compliant.

**Pursuant to 3rd Cir. LAR Misc. 107.3 and 3rd. Cir. LAR Misc. 113, if the Court finds that a party continues not to be in compliance with the rules despite notice by the Clerk, the Court may, in its discretion, impose sanctions as it may deem appropriate, including but not limited to the dismissal of the appeal, imposition of costs or disciplinary sanctions upon a party or counsel.**

The above deficiencies must be corrected by **04/26/2021**.
No action will be taken on the document until these deficiencies are corrected.


For the Court,


s/ Patricia S. Dodszuweit
Clerk

Date: April 21, 2021

CJG/cc:     Graham F. Baird, Esq.
            Rebecca S. Melley, Esq.
            Justin F. Robinette, Esq.