UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **21-1589**

Doe v. Postmaster General

To:     Clerk

1) Motion by Appellant to Proceed under Pseudonym

2) Response by Appellee to Motion to Proceed under Pseudonym

---

The foregoing motion and response are referred to a motions panel. Appellant will be referred to using pseudonym John Doe only until such time that the Court rules on the motion.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: April 21, 2021
CJG/cc:     Rebecca S. Melley, Esq.
            Justin F. Robinette, Esq.
            Graham F. Baird, Esq.