ACO-067                                                                    April 21, 2021

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

C.A. No. 21-1589

JOHN DOE, Appellant

    v.

POSTMASTER GENERAL OF THE UNITED STATES

    (E.D. Pa. No. 5:19-cv-05885)

Present:    BIBAS, Circuit Judge

    Submitted are

        (1)    Appellant's motion to proceed under pseudonym [Dkt. No. 9];

        (2)    Appellant's motion for leave to file an overlength motion nunc pro tunc [Dkt. No. 15]; and

        (3)    Appellee's response to Appellant's motion to proceed under pseudonym [Dkt. No. 13]

in the above-captioned case.

Respectfully,

Clerk

_____ORDER_____

The motion for leave to file an overlength motion nunc pro tunc is granted. The motion to proceed pseudonymously is denied. The applicant has adduced no specific facts suggesting that he in particular faces an unusual risk of harm or discrimination.

By the Court,

s/Stephanos Bibas
Circuit Judge

Dated: April 23, 2021
JK/cc:  All Counsel of Record